UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

GOVERNMENT EMPLOYEES INSURANCE COMPANY et. al.

                      Plaintiff(s),

v.

LEIF'S AUTO COLLISION CENTERS et. al.

                      Defendant(s).

Case No.: 3:17-CV-00045-JR

JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

   ☑ Yes    ☐ No

   If not, provide an explanation:

   _____

   _____

2. The parties propose: (*check one of the following*)

   ☐ (a)   That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

   ☐ (b)   That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

   _____

   _____

   _____

☐ (c)   ADR may be helpful at a later date following completion of:

_____

_____

☐ (d)   The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e)   The parties do not believe that any form of ADR will assist in the resolution of this case.

■ (f)   Other:

The Parties have conducted one private mediation and two Judicial Settlement Conferences.  Dkts. 89 & 117.  At this time, they do not believe a settlement can be reached.

Dated: 04/17/2020          By:  /s/ Joshua Grabel

                                Joshua Grabel

                          By:  /s/ Katie L. Smith (with permission)

                                Katie L. Smith