**Scott Brooksby**, OSB #950562
E-mail: sbrooksby@olsonbrooksby.com
Telephone: 503.290.2420
**Kristin Olson** OSB #031333
E-mail: kolson@olsonbrooksby.com
Telephone: 503.290.2422
**OLSON BROOKSBY PC**
1020 SW Taylor Street, Suite 400
Portland, OR 97205

**Dan W. Goldfine** (admitted *pro hac vice*)
(Arizona State Bar No. 018788)
E-mail: dan.goldfine@huschblackwell.com
Telephone:  480.824.7887
**Joshua Grabel** (admitted *pro hac vice*)
(Arizona State Bar No. 018373)
E-mail: josh.grabel@huschblackwell.com
Telephone:  480.824.7883
**Ian M. Fischer** (admitted *pro hac vice*)
(Arizona State Bar No. 026239)
E-mail: ian.fischer@huschblackwell.com
Telephone:  480.824.7885
**HUSCH BLACKWELL LLP**
5060 N. 40th Street, Suite 250
Phoenix, AZ 85018
Facsimile:  480.824.7905

Attorneys for Plaintiffs Government Employees Insurance Company, GEICO General Insurance Company, GEICO Casualty Company, and GEICO Indemnity Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland insurance company; GEICO GENERAL INSURANCE COMPANY, a Maryland insurance company; GEICO CASUALTY COMPANY, a Maryland insurance company; and GEICO INDEMNITY COMPANY, a Maryland insurance company,<br><br>　　　　　　　　　　Plaintiffs, | Case No. 3:17-cv-00045-JR<br><br>**JOINT STATUS REPORT**<br><br>-and-<br><br>**JOINT AMENDED PROPOSED CASE SCHEDULE** |

PAGE 1 – JOINT PROPOSED CASE SCHEDULE

v.

LEIF'S AUTO COLLISION CENTERS,
LLC, an Oregon limited liability company
dba LEIF'S AUTO COLLISION
CENTERS, and LEIF HANSEN, an
individual,

                                      Defendants.

Plaintiffs Government Employees Insurance Company, GEICO General Insurance Company, GEICO Casualty Company, and GEICO Indemnity Company, and Defendants Leif's Auto Collision Centers, LLC and Leif Hansen and state as follows:

1.      On May 17, 2018, the Hon. Paul Papak issued the initial Order Staying this case while the parties pursued settlement negotiations. (ECF DOC. NO. 72). During the ensuing 21 months, the Parties have engaged in settlement discussions, including a private mediation with the Hon. Janice Wilson on July 25, 2018 and a Judicial Settlement Conferences with Judge Acosta on January 7, 2019 (ECF. DOC. NO. 89). The parties also met informally in Tucson in March 2019 in an attempt further settlement efforts outside the presence of their respective counsel and without a mediator.

2.      On September 24, 2019, the parties were at an impasse and this Court entered a scheduling order that set deadlines related to the case. (ECF DOC. NO. 113).

3.      Subsequently, the parties decided to again attempt to settle the matter and held a second Judicial Settlement Conference with Judge Acosta on February 18, 2020 (ECF DOC. NO. 117).

4.      After the Judicial Settlement Conference with Judge Acosta, progress on settlement negotiations again reached an impasse. On April 3, 2020, the parties submitted a joint amended proposed case schedule that reflected the need for a discovery extension and to

acknowledge the impact of the complex and evolving COVID-19 pandemic on that schedule. (ECF DOC. NO. 118). The Court issued a new amended case schedule on April 7, 2020 (ECF DOC. NO. 119).

5. The Court's April 7, 2020 Order included a deadline (June 1, 2020) for the Parties to reconvene to evaluate whether any of the proposed dates, as entered by the Court in response to this submission, may require further adjustments. On May 21, 2020, the Parties conferred on the need for further adjustment in light of the complex and evolving COVID-19 pandemic. The Parties respectfully request that the Court grant the proposed amended schedule outlined below that includes a deadline (August 1, 2020) for the Parties to again evaluate whether any of the proposed dates, as entered by the Court in response to this submission, may require further adjustments based on Chief Judge Hernandez's Standing Order issued May 21, 2020, or other considerations that may arise.

6. Therefore, the Parties propose the following amended case management schedule.

| Event | Current Deadline | Proposed Revised Deadlines |
|---|---|---|
| Deadline for Parties to reconvene to evaluate whether any of the proposed dates, as entered by the Court, may require further adjustment | 6/1/20 | 10/1/20 |
| Deadline for Joint Status Report regarding deadline amendments, if necessary. | 6/1/20 | 10/1/20 |
| Close of fact and written discovery (including opposing party and third-party depositions) | 10/30/20 | 3/1/21 |
| Written consents to Magistrate, if any | 10/30/20 | 3/1/21 |
| Initial expert report disclosure deadline | 12/11/20 | 4/12/21 |
| Rebuttal expert report deadline | 2/19/21 | 6/21/21 |
| Expert discovery completion deadline | 3/26/21 | 7/26/21 |

PAGE 3 – JOINT PROPOSED CASE SCHEDULE

| Event | Current Deadline | Proposed Revised Deadlines |
|---|---|---|
| Dispositive motion deadline | 4/9/21 | 8/9/21 |
| Pretrial Order deadline | 5/10/21 or until 30 days after this Court's final ruling on dispositive motions, which ever is later | 9/10/21 or until 30 days after this Court's final ruling on dispositive motions, which ever is later |

DATED this 29th day of May, 2020.

Respectfully Submitted,

**HUSCH BLACKWELL LLP**

BY: /s/ Joshua Grabel
Dan W. Goldfine (admitted *pro hac vice*)
(Arizona State Bar No. 018788)
E-mail: dan.goldfine@huschblackwell.com
Telephone:  480.824.7887
Joshua Grabel (admitted *pro hac vice*)
(Arizona State Bar No. 018373)
E-mail: josh.grabel@huschblackwell.com
Telephone:  480.824.7883
Ian M. Fischer (admitted *pro hac vice*)
(Arizona State Bar No. 026239)
E-mail: ian.fischer@huschblackwell.com
Telephone:  480.824.7885
2415 E. Camelback Road, Suite 420
Phoenix, AZ 85016

**OLSON BROOKSBY PC**
Scott A. Brooksby, OSB #950562
sbrooksby@olsonbrooksby.com
503.290.2420
Kristin L. Olson, OSB #031333
kolson@olsonbrooksby.com
503.290.2422

Attorneys for Plaintiffs Government Employees Insurance Company, GEICO General Insurance Company, GEICO Casualty Company, and GEICO Indemnity Company

PAGE 4 – JOINT PROPOSED CASE SCHEDULE

**LORBER, GREENFIELD & POLITO LLP**

BY: */s/ Katie L. Smith (w/permission)*
Katie L. Smith, OSB #034545
ksmith@lorberlaw.com
Karlek S. Johnson, OSB#164120
kjohnson@loberlaw.com
610 S.W. Alder Street, Suite 315
Portland, OR 97205
Phone:  (503) 416-4785

Steven D. Olson, OSB #003410
Steven.olson@tonkon.com
Stephanie J. Grant, OSB #154957
Stephanie.grant@tonkon.com
**TONKON TORP LLP**
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204
Phone:  503.221.1440

Attorneys for Defendants Leif's Auto Collision Centers, LLC and Leif Hansen

PAGE 5 – JOINT PROPOSED CASE SCHEDULE

HB: 4813-7431-4941.2