**Scott Brooksby**, OSB #950562
E-mail: sbrooksby@olsonbrooksby.com
Telephone: 503.290.2420
**Kristin Olson** OSB #031333
E-mail: kolson@olsonbrooksby.com
Telephone: 503.290.2422
**OLSON BROOKSBY PC**
1020 SW Taylor Street, Suite 400
Portland, OR 97205

**Dan W. Goldfine** (admitted *pro hac vice*)
(Arizona State Bar No. 018788)
E-mail: dgoldfine@dickinson-wright.com
Telephone: 602.285.5038
**Joshua Grabel** (admitted *pro hac vice*)
(Arizona State Bar No. 018373)
E-mail jgrabel@dickinson-wright.com
Telephone: 602.285.5046
**Jamie Halavais** (admitted *pro hac vice*)
(Arizona State Bar No. 029674)
E-mail: jhalavais@dickinson-wright.com
Telephone: 602.285.5095
**DICKINSON WRIGHT PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85004
Facsimile: 844.670.6009

*Attorneys for Plaintiffs Government Employees Insurance Company, GEICO General Insurance Company, GEICO Casualty Company, and GEICO Indemnity Company*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland insurance company; GEICO GENERAL INSURANCE COMPANY, a Maryland insurance company; GEICO CASUALTY COMPANY, a Maryland insurance company; and GEICO INDEMNITY COMPANY, a Maryland insurance company,<br><br>       Plaintiffs, | Case No. 3:17-cv-00045-JR<br><br>**JOINT STIPULATION REGARDING DEADLINES PENDING SETTLEMENT DISCUSSIONS** |

PAGE 1 –   JOINT STIPULATION REGARDING DEADLINES PENDING SETTLEMENT
      DISCUSSIONS

      v.

LEIF'S AUTO COLLISION CENTERS, LLC, an Oregon limited liability company dba LEIF'S AUTO COLLISION CENTERS, and LEIF HANSEN, an individual,

                Defendants.

Plaintiffs Government Employees Insurance Company, GEICO General Insurance Company, GEICO Casualty Company, and GEICO Indemnity Company ("GEICO") and Defendant's Leif's Auto Collision Centers LLC dba Leif's Auto Collision Centers and Leif Hansen ("Defendants") stipulate and move as follows:

1. As the Court is aware, the Parties met in late May regarding a potential settlement in this matter. The Parties had previously indicated that they would update the Court with a Joint Notice of Settlement, or a Joint Notice of Proposed Scheduling on the motions that are pending in this case by May 31, 2023. *See* Dkt. 187. The Parties are currently still in negotiations regarding settlement, and need a couple of additional days to determine whether a resolution can be reached. Thus, the Parties request an extension until June 2, 2023 to provide the update to the Court.

DATED this 31st day of May, 2023.

                Respectfully Submitted,

                **DICKINSON WRIGHT PLLC**

                BY: */s/ Joshua Grabel*
                Dan W. Goldfine (admitted *pro hac vice*)
                (Arizona State Bar No. 018788)
                E-mail: dgoldfine@dickinson-wright.com
                Telephone: 602.285.5038
                Joshua Grabel (admitted *pro hac vice*)
                (Arizona State Bar No. 018373)

PAGE 2 –    JOINT STIPULATION REGARDING DEADLINES PENDING SETTLEMENT DISCUSSIONS

E-mail: jgrabel@dickinson-wright.com
Telephone:  602.285.5046
Jamie L. Halavais (admitted *pro hac vice*)
(Arizona State Bar No. 029674)
E-mail: jhalavais@dickinson-wright.com
Telephone:  602.285.5095
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85004

**OLSON BROOKSBY PC**

Scott A. Brooksby, OSB #950562
sbrooksby@olsonbrooksby.com
503.290.2420
Kristin L. Olson, OSB #031333
kolson@olsonbrooksby.com
503.290.2422
1020 SW Taylor Street
Suite 400
Portland, OR 97205

*Attorneys for Plaintiffs Government Employees Insurance Company, GEICO General Insurance Company, GEICO Casualty Company, and GEICO Indemnity Company*


**LORBER, GREENFIELD & POLITO LLP**


By /s/Steven D. Olson (*by permission*)

Thomas F. Olsen, OSB No. 132422
tolsen@lorberlaw.com
Neal A. Markowitz, (admitted *pro hac vice*)
(California State Bar No. 201692)
nmarkowitz@lorberlaw.com
10200 SW Greenburg Rd., Ste. 740
Portland, Oregon 97223
T: (503) 416-4785
F: (503) 416-4795

**LORBER, GREENFIELD & POLITO LLP**

Robert B. Titus, (admitted *pro hac vice*)
(California State Bar No. 116299)

PAGE 3 –   JOINT STIPULATION REGARDING DEADLINES PENDING SETTLEMENT DISCUSSIONS

rtitus@lorberlaw.com
13985 Stowe Dr.
Poway, CA 92064
T: (858) 513-1020
F: (858) 513-1002

**TONKON TORP LLP**

Steven D. Olson, OSB No. 003410
steven.olson@tonkon.com
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204
Direct Dial: 503.802.2159
Direct Fax: 503.972.3859

*Attorneys for Defendants Leif's Auto Collision Centers, LLC dba Leif's Auto Collision Centers and Leif Hansen, and individual*

PAGE 4 –    JOINT STIPULATION REGARDING DEADLINES PENDING SETTLEMENT
            DISCUSSIONS